# UNITED STATES BANKRUPTCY COURT
for the **WESTERN** District of **NORTH CAROLINA**
Statesville Division

IN RE: )
)
**HICKORY PRINTING GROUP, INC.** )     CASE # 10-51051
)
)     CHAPTER 7
)

**Debtor(s)**

## MOTION TO TURNOVER FUNDS TO REGISTRY FUND

NOW COMES James T. Ward, duly appointed trustee in the above captioned proceeding and shows as follows:

The Trustee's final report and account has been filed and certified by the Bankruptcy Administrator and the Bankruptcy Clerk.

Distribution has been made in accordance with the Order Approving Trustee's Final Report and Account.

The following disbursements remained unpaid after 90 days.

| Check # | Payee | $ Amount |
| --- | --- | --- |
| 3035 | James A Yarborough<br>336 Stanford Ct.<br>Archdale, NC 27263 | 104.01 |
| 3064 | Pressroom Solutions, Inc<br>4701 Martin Street<br>Fort Worth, TX 76119 | 301.91 |
| 3086 | Scans Etc., Inc<br>P O Box 918<br>Conover, NC 28613 | 10,481.41 |
| 3109 | MTD Personnel, LLC<br>P O Box 30777<br>Tampa, FL 33630 | 342.36 |

WHEREFOR, the Trustee requests that these funds be received into the registry fund in accordance with U.S.C. Section 347.

_____
/s/ James T. Ward, Trustee